FILED

DEC 16 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN PUGH<br>222 20th Street, NE No. 4<br>Washington, D.C. 20002<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA<br>c/o CT Corporation System<br>1015 15th Street, NW Ste 1000<br>Washington, D.C. 22005<br><br>Defendant. | CASE NUMBER 1:05CV02421<br><br>JUDGE: James Robertson<br><br>DECK TYPE: Labor/ERISA (non-employme<br><br>DATE STAMP: 12/16/2005<br><br>COURT OF THE DISTRICT OF COLUMBIA<br>CIVIL ACTION NO. 05-0007991 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant Corrections Corporation of America gives notice of the removal of Civil Action No. 205-0007991, pending in the Civil Division of the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia on the following grounds:

1. Plaintiff filed a Complaint against Defendant in the Civil Division of the Superior Court of the District of Columbia, Civil Action No. 05-0007991, on October 3, 2005.

2. Plaintiff's Complaint alleges that Defendant violated The Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.*, and Plaintiff seeks an award of compensatory damages, liquidated damages, pre and post judgment interest, costs, and attorneys fees.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which grants federal courts original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. Removal is, therefore, proper pursuant to 28 U.S.C. § 1441(a).

4. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days of Defendant's knowledge that the case has become removable. *Akin v. Ashland Chem. Co.*, 156 F.3d 1030, 1035-36 (10th Cir. 1998).

5. True and accurate copies of all process, pleadings, and orders served upon Defendant are attached hereto as Exhibit A and filed herewith in accordance with 28 U.S.C. § 1446(a).

6. As evidenced by the signature below, counsel for Defendant hereby certifies to the Court that a Notice of Filing Notice of Removal and a copy of this Notice of Removal have been filed contemporaneously herewith in the office of the Clerk of the Civil Division of the Superior Court of the District of Columbia, where this case has been pending, and have been served upon Plaintiff's attorney. A true and accurate copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

7. The filing fee of two hundred fifty dollars ($250.00) is attached hereto.

WHEREFORE, Defendant Corrections Corporation of America prays that the above-styled civil action be removed from the Civil Division of the Superior Court of the District of Columbia and proceed in this Court.

Dated: this __16th__ day of December, 2005 Respectfully submitted,

By: _____
Dannie B. Fogleman
Bar No. 414311

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorney for Corrections Corporation of America

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing NOTICE OF REMOVAL and LOCAL CIVIL RULE 7.1 DISCLOSURE to the following via U.S. Mail, postage prepaid, on December __16th__, 2005:

Brett M. Wood, Esquire
Wood & Berliner PLLC
1320 G Street, SE
Washington, D.C. 20003

_____
Dannie B. Fogleman

DC:57796.1