## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

NATHAN PUGH
222 20th Street, NE No. 4
Washington, D.C. 20002

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA
c/o CT Corporation System
1015 15th Street, NW Ste 1000
Washington, D.C. 22005

    Defendant.

Civil Action No.: 05-0007991

FILED

DEC 16 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Brett M. Wood, Esquire
        Wood & Berliner PLLC
        1320 G Street, SE
        Washington, D.C. 20003

    Please take notice that Defendant Corrections Corporation of America is filing a Notice of Removal with the Office of the Clerk in the United States District Court for the District of Columbia and, pursuant to 28 U.S.C. § 1446(d), a true and accurate copy of the Notice of Removal is attached hereto as Exhibit A for filing with the Office of the Clerk of the Civil Division for the Superior Court of the District of Columbia.

Dated: this __16th__ day of December, 2005    Respectfully submitted,

By: _____
Dannie B. Fogleman
D.C. Bar No. 414311

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorney for Corrections Corporation of America

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing NOTICE OF FILING NOTICE OF REMOVAL to the following via U.S. Mail, postage prepaid, on December __16th__, 2005:

Brett M. Wood, Esquire
Wood & Berliner PLLC
1320 G Street, SE
Washington, D.C. 20003

　　　　　　　　　　　　　　　　　　　　Dannie B. Fogleman

DC:57795.1