FILED

DEC 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHAN PUGH
222 20th Street, NE No. 4
Washington, D.C. 20002

    Plaintiff,

-v.-

CORRECTIONS CORPORATION OF AMERICA
c/o CT Corporation System
1015 15th Street, NW Ste 1000
Washington, D.C. 22005

    Defendant.

CASE NUMBER   1:05CV02421

JUDGE: James Robertson

DECK TYPE: Labor/ERISA (non-employm

DATE STAMP: 12/16/2005

DIVISION OF THE SUPERIOR
COURT OF THE DISTRICT OF
COLUMBIA
CIVIL ACTION NO. 05-0007991

## LOCAL CIVIL RULE 7.1 DISCLOSURE

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

    I, the undersigned, counsel of record for Corrections Corporation of America, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Corrections Corporation of America which have any outstanding securities in the hands of the public. Corrections Corporation of America, however, does have outstanding securities in the hands of the public.

    These representations are made in order that judges of this court may determine the need for recusal.

Dated: this __16th__ day of December, 2005  Respectfully submitted,

By: _____
Dannie B. Fogleman
Bar No. 414311

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
(202) 719-2000

Attorney for Corrections Corporation of America

DC:57803.1