IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN PUGH<br>222 20th Street, NE No. 4<br>Washington, D.C. 20002<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONS CORPORATION OF AMERICA<br>c/o CT Corporation System<br>1015 15th Street, NW Ste 1000<br>Washington, D.C. 22005<br><br>    Defendant. | Civil Action No.1:05CV02421 (JR) |

COMES NOW the Defendant, Corrections Corporation of America, by and through its undersigned attorneys and answers the Plaintiff's Complaint as follows:

### FIRST DEFENSE

The numbered paragraphs of the Complaint are answered as follows:

1. Admitted

2. Answering paragaraph 2 of the Complaint, Defendant denies that it employs Plaintiff. The remaining allegations of the Complaint are admitted.

3. Admitted

4. Denied

5. Denied

6. Denied

7. Denied

8. Answering paragraph 8 of the Complaint, Defendant admits that the Plaintiff purports to bring this action under 29 U.S.C. § 2617(a) (2) but denies that it has violated the FMLA.

9. Denied.

10. Answering paragraph 10 of the Complaint, Defendant states that it without sufficient information to form a belief as to the allegations set forth therein concerning Plaintiff's employment prior to 1997, and therefore denies same. CCA denies that Plaintiff is an employee of CCA.

11. Answering paragraph 11 of the Complaint, Defendant states that it without sufficient information to form a belief as to the allegations set forth therein, and therefore denies same.

12. Answering paragraph 12 of the Complaint, Defendant states that it without sufficient information to form a belief as to the allegations set forth therein, and therefore denies same.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Admitted.

18. Denied.

19. Denied.

20. Denied.

21. Answering paragraph 21 of the Complaint, Defendant states that it without sufficient information to form a belief as to the allegations set forth therein, and therefore denies same.

22. Denied.

23. Answering paragraph 23 of the Complaint, Defendant denies, that Rhonda Williams is CCA's Human resources Coordinator. Upon information and belief, Defendants states that Plaintiff's employer required Plaintiff to provide a fitness for duty certification.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Each and every allegation of the complaint that is not herein specifically admitted, is denied.

## SECOND DEFENSE

At the time Plaintiff sought to return to work at the CTF, and at all relevant times thereafter, Plaintiff was not able to perform the essential functions of the position that he held with his employer prior to going on FMLA.

## THIRD DEFENSE

Plaintiff's claim is barred in whole or in part by the applicable statute of limitations.

WHEREFORE Defendant demands that this court enter judgment dismissing the Complaint and awarding Defendant its attorneys' fees and costs in this action and such other relief as this court deems proper.

Dated: this __19th__ day of December, 2005   Respectfully submitted,

By: _____
Dannie B. Fogleman
Bar No. 414311

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC  20036
(202) 719-2000

Attorney for Corrections Corporation of America

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing Defendant's Answer to the following via U.S. Mail, postage prepaid, on December __19th__, 2005:

Brett M. Wood, Esquire
Wood & Berliner PLLC
1320 G Street, SE
Washington, D.C. 20003

_____
Dannie B. Fogleman

DC:57796.1

DC:57985.1