IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN PUGH<br>222 20th Street, NE No. 4<br>Washington, D.C. 20002<br><br>      Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA<br>c/o CT Corporation System<br>1015 15th Street, NW Ste 1000<br>Washington, D.C. 22005<br><br>      Defendant. | Civil Action No.1:05CV02421 (JR) |

## ANSWER TO AMENDED COMPLAINT

COMES NOW the Defendant, Corrections Corporation of America, by and through its undersigned attorneys and answers the Plaintiff's Amended Complaint as follows:

### FIRST DEFENSE

The numbered paragraphs of the Complaint are answered as follows:

1. Admitted

2. Admitted

3. Denied

4. Answering paragraph 2 of the Complaint, Defendant denies that it has employed Plaintiff at any time material to the Amended Complaint. The remaining allegations of the paragraph are admitted.

5. Admitted

6. Denied

7. Denied

8. Denied.

9. Admitted

10. Admitted

11. Answering paragraph 11 of the Complaint, Defendant states that it without sufficient information to form a belief as to the allegations set forth therein, and therefore denies same.

12. Answering paragraph 11 of the Complaint, Defendant states that it without sufficient information to form a belief as to the allegations set forth therein, and therefore denies same.

13. Denied

14. Denied.

15. Denied.

16. Denied.

17. Denied

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Answering paragraph 22 of the Amended Complaint, Defendant states that the paragraph is a conclusion of law for which no response is necessary. In any

event, Defendant denies that it failed to uniformly apply any policies covered by the FMLA.

23. Denied.

24. Denied

25. Answering paragraph 25 of the Amended Complaint, Defendant states that it without sufficient information to form a belief as to the allegations set forth therein, and therefore denies same.

26. Denied

27. Denied

28. Denied

29. Denied

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied

45. Denied

46. Denied

47. Denied

48. Denied

49. Denied

50. Denied

51. Denied

52. Denied

53. Denied

54. Denied

55. Each and every allegation of the complaint that is not herein specifically admitted, is denied.

## SECOND DEFENSE

At the time Plaintiff sought to return to work at the CTF, and at all relevant times thereafter, Plaintiff was not able to perform the essential functions of the position that he held with his employer prior to going on FMLA.

## THIRD DEFENSE

Plaintiff's claim is barred in whole or in part by the applicable statute of limitations.

## FOURTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrines of res judicata and/or collateral estoppel.

WHEREFORE Defendant demands that this court enter judgment dismissing the Complaint and awarding Defendant its attorneys' fees and costs in this action and such other relief as this court deems proper.

Dated: this _21st_ day of December, 2005    Respectfully submitted,

By: _____
Dannie B. Fogleman
Bar No. 414311
Alison N. Davis
DC Bar No. 429700

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorney for Corrections Corporation of America

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing Defendant's Answer to Amended Complaint to the following via U.S. Mail, postage prepaid, on December __21st__, 2005:

Brett M. Wood, Esquire
Wood & Berliner PLLC
1320 G Street, SE
Washington, D.C. 20003

_____
Dannie B. Fogleman

DC:58008.1