AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NATHAN PUGH,

        Plaintiff(s)    )
                                )   **APPEARANCE**
                                )
                                )
             vs.    )   CASE NUMBER   1:05-CV-02421 (JR)
CORRECTIONS CORPORATION OF    )
AMERICA,    )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   **Alison N. Davis**   as counsel in this
                              (Attorney's Name)

case for:   Corrections Corporation of America
              (Name of party or parties)


February 7, 2006
Date

*(signature)*
Signature

Alison N. Davis
Print Name

429700
BAR IDENTIFICATION

1300 19th St., N.W., Suite 700
Address

Washington, D.C.   20036
City        State        Zip Code

202-719-2000
Phone Number