UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
NATHAN PUGH,                         :
                                     :
         Plaintiff,                  :
                                     :
     v.                              :   Civil Action No. 05-2421 (JR)
                                     :
CORRECTIONS CORPORATION OF           :
AMERICA,                             :
                                     :
         Defendant.                  :
```

### SCHEDULING ORDER

After a scheduling conference held in chambers on February 7, 2006, it is

**ORDERED** that the parties exchange Rule 26(a)(1) initial disclosures by February 22, 2006.  Discovery may begin immediately and is to be completed by June 30, 2006.  It is

**FURTHER ORDERED** that any dispositive motions be filed by July 17, 2006, with the dates for opposition and reply to be set by the Local Rules.  It is

**FURTHER ORDERED** that the final pretrial conference is set for **October 3, 2006 at 4:30 p.m.** and that trial will commence on **October 12, 2006 at 9:30 a.m.**  It is

**FURTHER ORDERED** that a status conference is set for **June 22, 2006 at 4:30 p.m.**  Counsel are to come to that conference prepared to discuss the status of discovery, their respective settlement positions, and the theories of any then-contemplated dispositive motions.  It is

**FURTHER ORDERED** that counsel for plaintiff advise defendants upon the delivery of Rule 26(a)(1) initial disclosures and every 60 days thereafter of the accumulated dollar amount of attorneys' fees and expenses then incurred.  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  It is

**FURTHER ORDERED** that counsel read and comply with the Local Rules of this Court, and particularly new LCvR 5.4.  Rules LCvR 5.1(b) and LCvR 5.2(a) are the most frequently violated.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all

other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

                                        JAMES ROBERTSON
                              United States District Judge