IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN PUGH<br>222 20th Street, NE No. 4<br>Washington, D.C. 20002<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS CORPORATION OF AMERICA<br>c/o CT Corporation System<br>1015 15th Street, NW Ste 1000<br>Washington, D.C. 22005<br><br>　　　Defendant. | Civil Action No.1:05CV02421 (JR) |

## CCA OF TENNESSEE, INC.'S ANSWER TO SECOND AMENDED COMPLAINT

COMES NOW the Defendant, CCA of Tennessee, Inc, by and through its undersigned attorneys and answers the Plaintiff's Second Amended Complaint as follows:

### FIRST DEFENSE

The numbered paragraphs of the Complaint are answered as follows:

1. Admitted

2. Admitted

3. Admitted

4. Answering paragraph 4 of the Second Amended Complaint, Defendant denies that the CTF house approximately 700 inmates. The remaining allegations of the paragraph are admitted.

5.   Admitted

6.   Admitted

7.   Admitted

8.   Admitted

9.   Admitted

10.  Admitted

11.  Admitted

12.  Admitted

13.  Answering paragraph 13 of the Second Amended Complaint, Defendant states that it currently is without sufficient information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies same.

14.  Answering paragraph 14 of the Second Amended Complaint, Defendant states that it currently is without sufficient information to form a belief as to the truth of the allegations set forth in this paragraph and therefore denies same.

15.  Admitted

16.  The allegations of paragraph 16 constitute legal conclusions to which no response is required.

17.  Denied

18.  The allegations of paragraph 18 constitute legal conclusions to which no response is required.

19.  Denied.

20.  The allegations of paragraph 20 constitute legal conclusions to which no response is required.

21. Denied.

22. Answering paragraph 22 of the Second Amended Complaint, Defendant states Plaintiff requested FMLA to October 2, 2003.

23. Denied.

24. Denied

25. Denied

26. Denied

27. Admitted

28. Denied

29. Denied

30. Denied.

31. Denied.

32. Denied.

33. Answering paragraph 33 of the Second Amended Complaint, Defendant states that it requested information form Plaintiff's health care provider as to whether Plaintiff could perform the essential functions of a correctional officer's position.

34. Denied.

35. Denied.

36. Admitted.

37. Denied.

38. Denied.

39. Denied.

40. Answering paragraph 40 of the Second Amended Complaint, Defendant admits the allegations therein insofar as they allege that that Plaintiff filed a claim for Unemployment Compensation.

41. Answering paragraph 41 of the Second Amended Complaint, Defendant admits the allegations therein insofar as they allege that Defendant did not file an opposition to Plaintiff's claim for Unemployment Compensation.

42. Admitted

43. Denied

44. Denied

45. Admitted

46. Denied

47. Admitted

48. Denied

49. Denied

50. Denied

51. Denied

52. Denied

53. Denied

54. Denied

55. Denied

56. Each and every allegation of the complaint that is not herein specifically admitted is denied.

## SECOND DEFENSE

At the time Plaintiff sought to return to work at the CTF, and at all relevant times thereafter, Plaintiff was not able to perform the essential functions of the position that he held with his employer prior to going on FMLA.

### THIRD DEFENSE

Plaintiff's claim is barred in whole or in part by the applicable statute of limitations.

### FOURTH DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrines of res judicata and/or collateral estoppel.

WHEREFORE Defendant demands that this court enter judgment dismissing the Complaint and awarding Defendant its attorneys' fees and costs in this action and such other relief as this court deems proper.

Dated: this  21st  day of February, 2006   Respectfully submitted,

By: _____

Dannie B. Fogleman
Bar No. 414311
Alison N. Davis
DC Bar No. 429700

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000

Attorney for CCA of Tennessee, Inc.

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing Defendant's Answer to Amended Complaint to the following via U.S. Mail, postage prepaid, on February 21, 2006:

Brett M. Wood, Esquire
Wood & Berliner PLLC
1320 G Street, SE
Washington, D.C. 20003

_____
Dannie B. Fogleman

DC:58008.1

DC:59011.1