IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN PUGH,<br><br>        Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>        Defendant. | Civil Action No.1:05CV02421 (JR) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion for Issuance of an Order Requiring the Plaintiff to Show Cause Why Mediation Should Not Be Required in this Case. It is hereby:

**ORDERED** that the Plaintiff shall have until _____, 2006, to show cause why mediation would not be appropriate in this case, and it is further

**FURTHER ORDERED** that discovery in this case be held in abeyance until further order of this Court.

Dated:_____                              _____
                                                                            JAMES ROBERTSON
                                                                            United States District Judge

DC:59305.1