# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | 04-156-P (CN) |
| [ ] EEOC | 10CA460138 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. Nathan Pugh

**HOME TELEPHONE** (Include Area Code)
(202) 543-2170

**STREET ADDRESS**: 222 20th St., N.E., Apt. 4, **CITY, STATE AND ZIP CODE**: Washington, DC 20002

**DATE OF BIRTH**: 04/16/194?

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Corrections Corporation Of America
**NUMBER OF EMPLOYEES, MEMBERS**: Cat C (201-500)
**TELEPHONE** (Include Area Code):

**STREET ADDRESS**: 1901 E St., S.E., **CITY, STATE AND ZIP CODE**: Washington, DC 20003
**COUNTY**: 001

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 06/24/2003   LATEST: 01/09/2004
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I believe I have been subjected to unlawful discrimination on the bases of my disability and sex (male) in the terms, conditions, privileges and involuntary termination of my employment due to the following reasons:

Respondent hired me as a Correctional Officer on February 10, 1997.

Respondent first became aware of my disability in September 2001. I had submitted a memorandum to the Assistant Warden at that time (female) informing her that I would be treated from September 16, 2001 through October 31, 2001 for my disability.

In April 2002, I was switched to work "shift", which required working up to 30 hours of overtime per week. When I reported to my health clinic during this time period my stress disorder level was found to be very low. I relayed to the Warden (male) that the overtime I was working was affecting my disorder. The Warden told me to bring a letter from my doctor about my disorder in order to be taken off the draft list.

I requested and was granted FMLA from June 24, 2003 until October 1, 2003. On September 30, 2003, my doctor wrote a letter to Respondent requesting that I work a maximum of 8 hours per day in accommodation of my disability. In a meeting with the Warden on November 21, 2003, I was told that under the Veteran's Act Respondent is required to check to see

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____ Charging Party (Signature) _____

NOTARY (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Nathan Pugh*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)
2-23-04
MY COMMISSION EXPIRES: 08-28-2007

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**

Feb 23 10:43 2004   CP Initials  *A. P.*   Chg # , Attachment Page 1

---

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text

---

if there are other available positions for me to work in in order to accommodate my disability. However, the Warden stated he had no such positions. In December 2003, the Warden stated that if I did not work the overtime hours scheduled, I would be terminated.

Respondent terminated my employment on December 5, 2003. However, I received a letter on December 23, 2003 and January 9, 2004 stating that Respondent cannot accommodate my disability and that my employment would be terminated effective January 30, 2004 and again on February 13, 2004.

Subsequently, Respondent accommodated a female Correctional Officer in November 2003 when she submitted a letter from her doctor requesting that she work a 4 hour shift.

I charge the above Respondent with an unlawful discriminatory practice on the bases of my disability and sex in violation of the D.C. Human Rights Act of 1977, as amended, Title VII of the Civil Rights Act of 1964, as amended, and the Americans with Disabilities Act of 1990. I have not commenced any action civil, criminal or administrative based on the above allegations other than the following: CROSS FILED WITH THE EEOC.