# EXHIBIT B



# Veterans Health Administration

Department of Veterans Affairs
Medical Center -50 Irving Street, N.W. –116A
Washington, DC 20422
Mental Health Clinic
Samathanam N. Abraham, M.

March 26, 2004

Warden Figueroa
C.C.A. Correctional Treatment Facility
1901 D Street
Washington, DC 20003

Re: Nathan Paugh, SSN: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

Dear Warden Figueroa

Mr. Nathan Pugh continues to be under the care at the Washington VA Medical center Mental Health Clinic. In a letter dated Nov. 19 th 2003 , Dr Ayman Fanous had requested that Mr. Pugh be accommodated by allowing him to work only an 8 hour shift.
In my medical judgment, this accommodation was, and still is, necessary for his adequate function. However at this time Dr Fanous had assumed that Mr. Pugh worked a five day week. It was under those circumstances, that he requested that he does not work more than an 8 hour day. It is not the intention that he be exempted from working more than 8 hours each day only to be required to work eight hours on his days off, thus in essence no not allowing him the therapeutic rest that he needs. Given Mr. Pugh condition he should not work more than his 8 hours, five day week from Monday till Friday.
Please refer to the letter given by Dr Fanous . Mr. Pugh is capable of performing his regular duties ,but is important that he works no more than an 8 hour shift ,no more than 40 hours a week. I am respectfully requesting this accommodation be afforded to him while we continue to pursue his therapeutic recovery.
If you have any further question, please do not hesitate to contact me at 202 745 8267.

Sincerely

Samatahanam N. Abraham, M. D.



# N.P.C.E.U. IAM Local 1
# Fax Transmittal Sheet

To: Dannie Fogleman

From: Roosevelt Littlejohn, Jr.

Date: 3/31/04          Fax #: 202·466-5705

Re: Jim Harper will give you a call

Pages Plus Cover Sheet: 2

1320 G Street, S.E., Washington, D.C. 20003 - 202.544.4813 or 202.544.5918 fax