**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Nathan Pugh,                      ) | |
|                               ) | |
|      Plaintiff,               ) | |
|                               ) | |
|      v.                       ) | Civil Action No. 1:05CV02421 (JR) |
|                               ) | |
| CCA of Tennessee, Inc.,         ) | |
|                               ) | |
|      Defendant.           ) | |
|                               ) | |

**ORDER**

Upon due consideration of PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM SHOWING CAUSE, and the entire record herein, it is hereby

ORDERED that:

1.      Plaintiff's motion be and hereby is GRANTED, and

2.      Defendant CCA of Tennessee, Inc.'s Reply to Plaintiff's Memorandum Showing Cause Why He Should Not Be Required To Participate In Mediation, filed on March 31, 2006, be and hereby is stricken from the record in this case.

SO ORDERED.


DATE:_____              _____

                                            The Honorable James Robertson
                                          United States District Judge

Copies to:

Brett M. Wood, Esq.
Deborah E. Berliner, Esq.

Wood & Berliner PLLC
1320 G Street, S.E.
Washington, DC   20003

Dannie B. Ferguson, Esq.
Alison N. Davis, Esq.
Ford & Harrison LLP
1300 19th Street, NW
Suite 700
Washington, DC   20036