**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATHAN PUGH, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 05-2421 (JR) |
| | : |
| CORRECTIONS CORPORATION OF AMERICA, | : |
| | : |
|     Defendant. | : |

### ORDER

After considering plaintiff's response [12] to the Court's order to show cause why mediation should not be required, it is

**ORDERED** that the order to show cause is **discharged** and that mediation will not be required. It is

**FURTHER ORDERED** that plaintiff's motion to strike defendant's reply [14] is **denied.** Plaintiff's counsel is on notice that, if he prevails in this action, he cannot expect compensation for that motion.

                                                JAMES ROBERTSON
                                   United States District Judge