IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN PUGH,<br><br>    Plaintiff,<br><br>v.<br><br>CCA OF TENNESSEE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:05CV02421 (JR)<br><br>Next Event:  Status Conference<br>                    June 30, 2006 |

### STIPULATION OF SETTLEMENT AND DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nathan Pugh and Defendant CCA of Tennessee, Inc., by and through their respective counsel, hereby stipulate and agree that the above-captioned action shall be DISMISSED WITH PREJUDICE for the reason that the parties have amicably resolved their differences.

Respectfully submitted,

By: _____  
BRETT M. WOOD, Esq.  
DC Bar No. 142299  
DEBORAH E. BERLINER, Esq.  
DC Bar No. 422238  
WOOD & BERLINER PLLC  
1320 G Street, SE  
Washington, DC  20003  
Tel:  (202) 744-9221  

*Attorneys for Plaintiff NATHAN PUGH*

By: _____  
DANNIE B. FOGLEMAN, Esq.  
DC Bar No. 414311  
ALISON N. DAVIS, Esq.  
DC Bar No. 429700  
FORD & HARRISON LLP  
1300 19th Street, N.W., Suite 700  
Washington, DC  20036  
Tel:  (202) 719-2000  

*Attorneys for Defendant*  
*CCA OF TENNESSEE, INC.*

Dated this 3RD day of July, 2006